1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER WRIGHT,

11           Plaintiff,                    No. CIV S-06-1188 LKK PAN P

12      vs.

13   RODERICK HICKMAN, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24           In addition, plaintiff has requested the appointment of counsel.  The United States

25   Supreme Court has ruled that district courts lack authority to require counsel to represent

26   indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298

1

1   (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of

2   counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.

3   1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the

4   court does not find the required exceptional circumstances.  Plaintiff's request for the

5   appointment of counsel will therefore be denied.

6              In accordance with the above, IT IS HEREBY ORDERED that:

7              1.  Plaintiff shall submit, within thirty days from the date of this order, a

8   completed affidavit in support of his request to proceed in forma pauperis on the form provided

9   by the Clerk of Court;

10             2.  The Clerk of the Court is directed to send plaintiff a new Application to

11  Proceed In Forma Pauperis By a Prisoner;

12             3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

13  copy of his prison trust account statement for the six month period immediately preceding the

14  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

15  recommendation that this action be dismissed without prejudice.;

16             4.  Plaintiff's June 1, 2006 request for the appointment of counsel is denied.

17  DATED:  June 12, 2006.

18

19                                          UNITED STATES MAGISTRATE JUDGE

20

21  /mp:001
    wrig1188.3c
22

23

24

25

26

2