IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WRIGHT,

    Plaintiff,                    No. CIV S-06-1188 LKK EFB P

    vs.

RODERICK HICKMAN, et al.,

    Defendants.                <u>Findings and Recommendations</u>

_____/

       On June 14, 2006, the court ordered plaintiff to file a certified copy of his prison trust account activity for the six-month period immediately preceding the filing of this action within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

       The 30-day period has expired and plaintiff has not filed a certified copy of his prison trust account activity for the six-month period immediately preceding the filing of this action or otherwise responded to that order.

       Therefore, it is hereby recommended that this action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." The district judge may accept, reject, or modify these findings
2  and recommendations in whole or in part.
3  Dated: August 29, 2006.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

6  \wrig1188.f&r fifp