IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WRIGHT,

    Plaintiff,                            No. CIV S-06-1188 LKK EFB P

vs.

RODERICK HICKMAN,

    Defendant.                      ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On June 14, 2006, the court gave plaintiff 30 days to submit a complete affidavit in support of his request to proceed *in forma pauperis* and warned plaintiff that failure to comply with that order would result in a recommendation that this action be dismissed. On August 29, 2006, the court recommended this action be dismissed without prejudice for plaintiff's failure to comply with the June 14, 2006, order.

        Plaintiff has objected and submitted a completed application to proceed *in forma pauperis*.

        Accordingly, it is ORDERED that the August 29, 2006, findings and recommendations are vacated.

Dated: September 25, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE